TEXAS STORE et al. v. CARLTON–FERGUSON DRY GOODS CO. (Circuit Court of Appeals, Fifth Circuit. December 11, 1916.) No. 2866. Appeal from the District Court of the United States for the Western District of Texas; Thomas S. Maxey, Judge. J. D. Williamson, of Waco, Tex., for appellants. W. M. Sleeper, of Waco, Tex., for appellee. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. This is a suit in equity to protect and enforce a trust, and praying the appointment of a receiver and an injunction, and this appeal is

*Rehearing denied February 9, 1917.

from a decree granting the relief prayed for. The court had jurisdiction through diverse citizenship of the parties and the amount involved. We find no reversible error warranting relief on appeal. Decree affirmed.